■ Timothy D. Gay, Appellant, v Maria Gay, Respondent. (Appeal No. 2.) [987 NYS2d 288]—Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered October 3, 2012 in a divorce action. The order, among other things, denied plaintiff's motion for leave to renew and/or reargue.

■ Timothy D. Gay, Appellant, v Maria Gay, Respondent. (Appeal No. 4.) [987 NYS2d 287]—Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered November 21, 2012 in a divorce action. The order granted defendant's request for attorney's fees and directed plaintiff to pay defendant's attorney the sum of $2,678.90.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Gay v Gay* ([appeal No. 1] 118 AD3d 1331 [June 13, 2014]). Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.